UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ROBERTO JOSE,
      Petitioner

      v.                    CIVIL ACTION NO. 05-10423-RGS

UNITED STATES OF AMERICA,
      Respondent

<u>O R D E R</u>

STEARNS, DJ.                                      MARCH 28, 2005

     PURSUANT TO RULE 4(b) OF THE RULES GOVERNING SECTION 2255 CASES, THE CLERK OF THIS COURT IS HEREBY ORDERED TO SERVE A COPY OF THE MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY UPON THE OFFICE OF THE UNITED STATES ATTORNEY.

     IT IS FURTHER ORDERED THAT THE RESPONDENT SHALL, <u>WITHIN 20 DAYS OF RECEIPT OF THIS ORDER,</u> FILE AN ANSWER OR OTHER RESPONSIVE PLEADING TO THE MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE.

     SO ORDERED.

                                            RICHARD G. STEARNS
                                            UNITED STATES DISTRICT JUDGE

              BY:
                             /s/ Mary H. Johnson
                                Deputy Clerk

DATED: 3-28-05