**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| ROBERTO JOSE,<br>        Petitioner,<br><br>v<br><br>UNITED STATES OF AMERICA,<br>        Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. 05-10423-RGS |

**NOTICE OF APPEARANCE**

Now comes the undersigned Assistant United States Attorney and hereby notices her appearance in the above referenced action.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Lisa M. Asiaf
LISA M. ASIAF
April 4, 2005        Assistant U.S. Attorney
Tel: (617)748-3268

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery to *Pro Se* Petitioner, Roberto Jose, Prisoner No. 22514-038, FCI Raybrook, Raybrook, NY 12977.

This 4th day of April 2005.


　　　　　　　　　　　　　　　　　　　/s/ Lisa M. Asiaf
　　　　　　　　　　　　　　　　　　　LISA M. ASIAF
　　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY