UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ROBERTO JOSE

    V.                                        CIVIL ACTION NO. 05-10423-RGS

UNITED STATES OF AMERICA

### ORDER OF DISMISSAL

STEARNS, DJ                                                  OCTOBER 19, 2005

THIS COURT HAVING ALLOWED THE GOVERNMENT'S MOTION TO DISMISS,

IT IS HEREBY ORDERED: THE ABOVE-CAPTIONED ACTION IS HEREBY **DISMISSED.**

SO ORDERED.

                                                              RICHARD G. STEARNS
                                                              UNITED STATES DISTRICT JUDGE

                  BY:

                                              /s/ Mary H. Johnson
                                                  **Deputy Clerk**